UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELNYK O. VLADIMIROVICH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THOMAS GILES, et al.,,<br><br>　　　　Respondents. | No.  1:25-cv-00953-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION**<br><br>**[THIRTY-DAY DEADLINE]** |

　　　　Petitioner has filed a petition for writ of habeas corpus challenging his detention by the United States Bureau of Immigration and Customs Enforcement ("ICE").

　　　　According to the petition, Petitioner is a Ukrainian citizen who arrived in the United States on December 11, 2021.  On April 22, 2025, he was detained by the Bureau of Immigration and Customs Enforcement ("ICE").  Removal proceedings are apparently ongoing while Petitioner remains in detention.

　　　　Petitioner states he is being detained despite having established *prima facie* eligibility for Temporary Protected Status ("TPS").  He states he received an approval notice for TPS from the United States Citizenship and Immigration Services ("USCIS") on April 16, 2025.  Pursuant to 8 U.S.C. § 1254a, an alien granted TPS shall not be detained or removed during the pendency of said status, or during the pendency of an application for such status provided the alien has made a *prima facie* case for eligibility. See 8 U.S.C. §§ 1254a(a)(1)(A), 1254a(a)(4)(B). Petitioner claims

Respondents are in violation of 8 U.S.C. § 1254a and the Due Process Clause of the Fifth Amendment by continuing to detain him. Petitioner seeks immediate release and an order enjoining Respondents from further detaining him while he is a TPS holder.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent will be directed to file a Response.

Accordingly, it is HEREBY ORDERED:

1. Respondent is DIRECTED to file a Response to the Petition within THIRTY (30) days of the date of service of this order. Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2). Respondent SHALL INCLUDE a copy of Petitioner's Alien File or any other documentation relevant to the determination of the issues raised in the Petition. Rule 5 of the Rules Governing Section 2254 Cases.

2. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response is filed with the Court.

3. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h). As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse. All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **August 5, 2025**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE